```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THOMAS DENOVELLIS,

           Plaintiff,

-against-

PORT AUTHORITY TRANS-HUDSON CORP.,

           Defendant.

1:19-cv-11780-MKV

ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties advising the Court that this case is ready to be assigned a trial date. [ECF No. 36].

    IT IS HEREBY ORDERED that a pretrial conference is scheduled for March 15, 2022 at 11:00 AM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

    The parties shall file their proposed joint pretrial order on or before March 7, 2021. The parties shall consult the Court's Individual Practice Rule § 7.A. and ensure compliance therewith. The required pretrial filings outlined in Section 7.B. of the Court's Rules need not be filed with the proposed joint pretrial order. The Court will set a deadline for these submissions at a later date.

    At the pretrial conference the parties should be prepared to discuss their proposed joint pretrial order, trial scheduling and logistics, deadlines for pretrial filings outlined in Section 7.B. of the Court's Individual Practice Rules, and all other pretrial matters. The parties should consult the Court's Individual Practice Rules and ensure compliance therewith.

**SO ORDERED.**

Date:  February 7, 2022　　　　　　　　　　　　　_____
       New York, NY　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
                                                   **United States District Judge**

1