```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS DENOVELLIS,

        Plaintiff,

-against-

PORT AUTHORITY TRANS-HUDSON CORP.,

        Defendant.

1:19-cv-11780-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court held a status conference on June 28, 2022. During the conference, the Court directed the parties to, on or before July 15, 2022, confer and memorialize in a stipulation the representations made on the record at that conference with respect to the parties *in limine* motions. Specifically, the Court ordered the parties to stipulate as to what will and will not be offered at trial or any agreements made regarding the subject matter of the *in limine* motions. The Court ordered that any stipulation reflect whether any of the filed motions *in limine* are moot.

    The parties jointly filed a letter on July 15, 2022 with attached stipulations. [ECF No. 72]. That filing though contains no representations as to whether the filed motions *in limine* are moot. Accordingly, the parties are directed to file, on or before July 25, 2022, a letter advising the Court whether any of the filed motions *in limine* are moot.

**SO ORDERED.**

**Date:  July 18, 2022**
**       New York, NY**

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**