

July 25, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022
```

**VIA ELECTRONIC FILING**

Hon. Mary K. Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    Thomas Denovellis v. Port Authority Trans-Hudson Corporation
            Docket No.: 1:19-cv-11780

Dear Judge Vyskocil:

    I represent the Port Authority Trans-Hudson Corporation (hereinafter the "PATH") in the above referenced matter. Pursuant to Your Honor's July 18, 2022 Order, the following motions in limine are moot:

(1) PATH's Motion in Limine for An Order Requiring That Any Claim By Plaintiff For Lost Wages Be Presented Using After-Tax Figures (Dk. No. 47);

(2) PATH's Motion in Limine for An Order Requiring That Any Jury Award Should Reimburse The Railroad Retirement Board For Any Lien It Has Due to Supplementary Sickness Benefits Paid to Plaintiff (Dk. No. 50);

(3) PATH's Motion in Limine for An Order Granting Defendant The Right To Set Off The Money It Paid Plaintiff On Account Of His Injuries On Duty And For The Amount Paid In Medical Expenses Regardless Of The Percentage Of Comparative Negligence (Dk. No. 53).

Respectfully submitted,

Nicholas Miro, Esq.
(212) 435-3669

cc:    Marc T. Wietzke, Esq.

**The *In Limine* motions at ECF Nos. 48, 50, and 53 are DENIED as moot. The Clerk of Court respectfully is requested to terminate these docket entries. SO ORDERED.**

Date: 7/26/2022
New York, New York

Mary Kay Vyskocil
United States District Judge