```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS DENOVELLIS,

                Plaintiff,

-against-

PORT AUTHORITY TRANS-HUDSON CORP.,

                Defendant.

1:19-cv-11780-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Status Conference scheduled for October 11, 2022 is ADJOURNED. The Final Pretrial Conference will take place, as previously scheduled, on November 30, 2022. [ECF No. 66.]

**SO ORDERED.**

Date:  October 6, 2022
         New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**